Betty L. Kimmel, Respondent, v State of New York et al., Appellants.

Decided November 22, 2016

Reargument ordered and case set down for argument at a future session of the Court.

Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Stein and Garcia concur.

Judges Pigott and Fahey taking no part.